FRANK E. NASH, Doing Business under the Name of FRANK E. NASH FENCE COMPANY, Appellant, *v.* FRANK MENNAN, as President of Local 580 of the International Association of Bridge, Structural and Ornamental Iron Workers, et al., Respondents.

Submitted May 19, 1952; decided May 29, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 956.]

TOWN OF PELHAM, Respondent, *v.* CITY OF MOUNT VERNON, Appellant.

Submitted May 19, 1952; decided May 29, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 304 N. Y. 15.]